■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY TISLON, Appellant, v DAVID ROCK, as Superintendent of Great Meadow Correctional Facility, Respondent. [922 NYS2d 822]—

Appeal from a judgment of the Supreme Court (Pritzker, J.), entered February 2, 2010 in Washington County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

In 1998, petitioner was convicted of, among other things, burglary in the second degree and was sentenced as a persistent violent felony offender to 16 years to life in prison. His conviction was thereafter affirmed on appeal (*People v Tislon*, 279 AD2d 488 [2001], *lv denied* 96 NY2d 807 [2001]). Petitioner brought the instant proceeding for a writ of habeas corpus asserting that his detention is illegal due to the unconstitutionality of the statute under which he was convicted. Supreme Court denied the petition without a hearing, resulting in this appeal.

We affirm. Habeas corpus relief is unavailable where a claim could have been raised on direct appeal or in a CPL article 440 motion (*see People ex rel. Brown v Artus*, 64 AD3d 1064, 1064 [2009], *lv denied* 13 NY3d 709 [2009]; *People ex rel. Howard v Rock*, 61 AD3d 1230, 1230 [2009], *lv denied* 13 NY3d 702 [2009]). In view of petitioner's failure to take advantage of the appropriate avenues for asserting his constitutional claim and given the absence of circumstances warranting a departure from traditional orderly procedure, we conclude that Supreme Court properly denied the application (*see People ex rel. Brown v Artus*, 64 AD3d at 1064; *People ex rel. Silverio v Miller*, 283 AD2d 702, 703 [2001]).

Mercure, J.P., Rose, Kavanagh, McCarthy and Garry, JJ., concur. Ordered that the judgment is affirmed, without costs.